**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOUNCING ANGELS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE BURLINGTON INSURANCE COMPANY, a North Carolina Corporation,<br><br>    Defendant. | CASE NO.: 5:17-cv-00015-JGB-SP<br>Assigned to Hon. Jesus G. Bernal<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Having considered the Joint Stipulation to Dismiss Entire Action with Prejudice between Plaintiff Bouncing Angels, Inc. and Defendant The Burlington Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: November 21, 2017

_____
Hon. Jesus G. Bernal
United States District Court